JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA MARTIN et al., <br><br> Plaintiffs, <br><br> v. <br><br> WE ENFORCE JUDGMENTS, LLC, <br><br> Defendant. | Case No. 2:25-cv-03285-SB-AS <br><br> FINAL JUDGMENT |

For the reasons stated in the separate order dismissing this case entered this day, Plaintiffs' claims are dismissed without prejudice.

This is a final judgment.

Date: July 29, 2025

Stanley Blumenfeld, Jr.
United States District Judge

1